Opinion issued August 30, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-01017-CV






PAMELA D. JONES, Appellant


V.


WORLD SAVINGS BANK, FSB, Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 873205






MEMORANDUM OPINION Appellant Pamela D. Jones has failed to timely file a brief. See Tex. R. App.
P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.